UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CHARMEN KAY BINGHAM,<br><br>　　　　　Defendant. | Case No. 1:18-cr-00165-AKB-2<br><br>**MEMORANDUM DECISION AND ORDER** |

　　　　Pending before the Court is Defendant Charmen Kay Bingham's Petition to Shield Records (Dkt. 135). Having reviewed the record and the petition, the Court finds that the facts and legal argument are adequately presented and that oral argument would not significantly aid its decision-making process, and it decides the motion on the briefing. Dist. Idaho Loc. Crim. R. 1.1(f); *see also* Fed. R. Civ. P. 78(b). For the reasons set forth below, the petition is denied.

　　　　Defendant seeks relief under Idaho Code section 67-3004(11). Although the Idaho Supreme Court's decision in *State v. Oldenburg*, 173 Idaho 55, 538 P.3d 1054 (2023), addressed subsection (10), subsection (11) is an expansion of that provision and serves the same operative function—namely, to provide a statutory mechanism for sealing court records outside of the procedures adopted by the Idaho judiciary. In *Oldenburg*, the Idaho Supreme Court held that such statutory provisions impermissibly intrude on the judiciary's exclusive authority to regulate court records and procedure in the state of Idaho.

　　　　The Court need not decide whether subsection (11) is likewise unenforceable in Idaho state courts. It is sufficient to conclude that this *federal* Court's recordkeeping and sealing practices are

governed by federal law and federal court rules, not by Idaho state statutes. Idaho Code section 67-3004(11) therefore provides no basis for relief here.

Accordingly, Defendant's request for relief is **DENIED**.

**IT IS SO ORDERED.**

DATED: December 18, 2025

_Amanda K. Brailsford_
Amanda K. Brailsford
U.S. District Court Judge

MEMORANDUM DECISION AND ORDER - 2